An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

EVANS CARTER TUTT, III A/K/A
EVANS CARTER TUTT,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 68662

**FILED**

OCT 06 2015



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Appellant filed a notice of appeal on August 7, 2015. No appealable order was designated in the notice of appeal. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

15-30268

cc: Hon. Douglas Smith, District Judge
Law Office of John P. Parris
Evans Carter Tutt, III
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A